# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BETTY J. WALKER  
511 E. WRIGHT STREET  
FREEPORT, IL  61032

SSN-xxx-xx-3645

Case Number: 06-71806

Case filed on: 10/3/2006  
Plan Confirmed on: 12/15/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,730.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 2,557.84 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,557.84 | 0.00 |
| 999 | BETTY J. WALKER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 8,038.77 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 8,038.77 | 0.00 | 0.00 | 0.00 |
| 002 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AFFILIATED ACCEPTANCE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 87.00 | 87.00 | 0.00 | 0.00 |
| 007 | BUSINESSMENS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS BANKRUPTCY SERVICE | 321.22 | 321.22 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 1,330.78 | 1,330.78 | 0.00 | 0.00 |
| 011 | JEFFERSON CAPITAL SYSTEMS, LLC | 494.09 | 494.09 | 0.00 | 0.00 |
| 012 | NICOR GAS | 1,573.97 | 1,573.97 | 0.00 | 0.00 |
| 013 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | IRF CAPITAL RECOVERY FUND | 219.65 | 219.65 | 0.00 | 0.00 |
| 015 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RJM ACQUISITIONS FUNDING LLC | 69.12 | 69.12 | 0.00 | 0.00 |
| 017 | SECURITY FINANCE | 365.00 | 365.00 | 0.00 | 0.00 |
| 018 | CREDITORS BANKRUPTCY SERVICE | 973.35 | 973.35 | 0.00 | 0.00 |
| 019 | SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ZENITH ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PALISADES COLLECTION LLC/VERIZON | 407.77 | 407.77 | 0.00 | 0.00 |
| 022 | CREDITORS BANKRUPTCY SERVICE | 97.21 | 97.21 | 0.00 | 0.00 |
| 023 | LVNV FUNDING LLC | 288.56 | 288.56 | 0.00 | 0.00 |
|  | Total Unsecured | 6,227.72 | 6,227.72 | 0.00 | 0.00 |
|  | Grand Total: | 17,266.49 | 9,227.72 | 2,557.84 | 0.00 |

Total Paid Claimant: $2,557.84  
Trustee Allowance: $172.16  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008        By  /s/Heather M. Fagan